FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 09, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware limited liability company,<br><br>     Plaintiff,<br><br>     v.<br><br>CITY OF WALLA WALLA,<br><br>     Defendant,<br><br>BARBARA AND EVERETT KNUDSON,<br><br>     Intervenors. | No. 4:23-CV-05162-SAB<br><br>**ORDER OF DISMISSAL** |

   Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 87. Plaintiff is represented by Raymond Bolaños and T. Jeff Bone. Defendant is represented by Tim Donaldson. The motion was considered without oral argument.

   Due to an agreement, the Parties have requested the Court dismiss the case with prejudice and without any award of attorney's fees or costs to either party. The Court grants the motion.

//

//

//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The stay in this matter is **LIFTED**.

2. The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 87, is **GRANTED**.

3. The above-captioned action is **DISMISSED with prejudice** and without an award of costs or attorney's fees.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 9th day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL ~ 2**